Charles W. MARSHALL, Jr.,
Plaintiff/Appellant,

v.

Anna Lee MARSHALL,
Defendant/Respondent.

No. 58850.

Missouri Court of Appeals,
Eastern District,
Division One.

Sept. 10, 1991.

Patrick J. Healey, Public Defender, Hillsboro, for plaintiff, appellant.

Janis B. Powell, Creve Coeur, for defendant, respondent.

## ORDER

PER CURIAM.

Husband appeals from the division of marital property and award of attorney's fees to Wife contained in a Decree of Dissolution of Marriage. We affirm.

The judgment of the trial court is supported by substantial evidence and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only setting forth the reasons for our order affirming the judgment pursuant to Rule 84.16(b).